O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 07-01172 (C) DDP |
| Plaintiff, | ) | |
| | ) | **ORDER RE: NEW MOTIONS** |
| v. | ) | |
| | ) | |
| SERGIO PANTOJA, et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |

The parties are ordered to meet and confer in person prior to filing any new motions.

IT IS SO ORDERED.

Dated: November 23, 2011

DEAN D. PREGERSON
United States District Judge